UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANIBAL SIGARAN,<br><br>        Plaintiff,<br><br>    -against-<br><br>BLAGGARDS III RESTAURANT CORP.,<br>WILLIAM LYNCH A/K/A LIAM LYNCH<br>and MICHAEL O'CONNOR,<br><br>        Defendants. | **Case: 1:23-cv-11046-ER** |

## PROOF OF SERVICE OF
## ATTORNEY LETTER OF WITHDRAWAL

    **I, Ian E. Smith**, an attorney duly admitted to practice before the courts of the State of New York, hereby provides proof of service of the letter, attached here as Exhibit A:

    1. I am an attorney with the law firm of Spire Law, PLLC, and lead counsel for Blaggards III Restaurant Corp. and William Lynch (collectively, "Defendants"). As such, I am fully familiar with the pleadings and proceeding set forth herein.

    2. On May 23, 2025, the Court entered a minute entry order directing undersigned counsel, should the case not be resolved within one week, to (1) inform Defendants, in writing, of his withdrawal; (2) advise Blaggards III Restaurant Corp. that it cannot represent itself and must retain new counsel by June 27, 2025; and (3) advise William Lynch that he may either retain new counsel or inform the court that he will represent himself by June 27, 2025. Undersigned counsel was further directed to file proof of service of the withdrawal letter on ECF. On the same day, undersigned counsel advised Plaintiff of the court's text order and the specific matters described therein.

    3. On this day, I caused to be served upon the above-captioned Defendants, true and accurate copies of the letter attached here and served, via Certified Mail with Return Receipt Requested and email, upon the following mailing and email address:

William "Liam" Lynch
8 W 38th Street 1
New York NY, 10018
blaggards@verizon.net

This 18th day of June 2025.

                                  **SPIRE LAW, PLLC**

                                  _/s/ Ian E. Smith_

                                  _____

                                  Ian E. Smith, Esq.
                                  New York Bar No. 4027447
                                  136 Madison Avenue, STE 600
                                  New York, NY 10016
                                  **Please direct all mailings to the Firm's administrative headquarters**
                                  **2572 W. State Road 426, Suite 2088**
                                  **Oviedo, Florida 32765**
                                  ian@spirelawfirm.com
                                  sarah@spirelawfirm.com
                                  filings@spirelawfirm.com
                                  Attorney for Defendants