UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL SIGARAN,

                      Plaintiff,

– against –

BLAGGARDS III RESTAURANT CORP.,
WILLIAM LYNCH a/k/a LIAM LYNCH, *and*
MICHAEL O'CONNOR,

                      Defendants.

**ORDER**

23-cv-11046 (ER)

Ramos, D.J.:

    At a pre-motion conference, on May 23, 2025, the Court directed Blaggards III Restaurant Corp. and William Lynch's ("Defendants") counsel, Ian E. Smith, that should the case not be resolved within one week, to (1) inform Defendants, in writing, of his withdrawal, (2) advise Blaggards III Restaurant Corp. that it cannot represent itself and must retain new counsel by June 27, 2025, and (3) advise William Lynch that he may either retain new counsel or inform the Court that he will represent himself by June 27, 2025.[1]  Smith was further directed to file proof of service of the withdrawal letter on the docket.  On June 18, 2025, Smith withdrew as counsel and filed proof of service of the withdrawal letter on the docket.  Docs. 34, 34-1.  On June 30, 2025, Plaintiffs filed a status letter, noting that Defendants have not secured counsel.  Doc. 35.

    Blaggards III Restaurant Corp. is again directed to obtain counsel by August 1, 2025.  Lynch is again directed to retain counsel or inform the Court that he will represent himself by

---

[1] "Federal law is clear that a corporation may not appear *pro se* for himself but rather must be represented by counsel."  *Merchant Cash & Capital, LLC v. Progressive Rent A Car, Inc.*, No. 16-cv-3720 (AMD) (VMS), 2018 WL 4268908, at *3 (E.D.N.Y. Aug. 15, 2018), report and recommendation adopted, No. 16-CV-3720(AMD)(VMS), 2018 WL 4265947 (E.D.N.Y. Sept. 5, 2018) (citation omitted).

August 1, 2025.  If Defendants do not so advise the Court or otherwise respond by August 1, 2025, there may be adverse consequences, including the entry of default judgment against them. The Court directs Plaintiffs to serve Defendants with a copy of this order and provide proof of service on the docket.

    It is SO ORDERED.

Dated:   July 1, 2025
           New York, New York

                                                              Edgardo Ramos, U.S.D.J.