Blaggards 111 Restaurant Corp

8 West 38 street

New York

NY 10018

(212) 382 2611 or (203) 450 2710 cell

Case  1:23-cv-11046-ER      Judge Ramos

My name is William Lynch.  I am the defendant in this case.

My attorney has withdrawn from my case and I have Google searched and called many many Tel  numbers trying to find a new attorney to take on the case. It appears like  no one wants to get involved in cases like this.  That's what they tell me.

My deadline is August 1st to find someone.

I would like an extension in time.

I would also like help if possible if the courts can help me to find assistance.

I would appreciate any help you can provide with this as I am completely lost about which way to turn.

Yours sincerely,

William Lynch.