UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL SIGARAN,

                Plaintiff,

– against –

BLAGGARDS III RESTAURANT CORP.,
WILLIAM LYNCH a/k/a LIAM LYNCH, *and*
MICHAEL O'CONNOR,

                Defendants.

**ORDER**

23-cv-11046 (ER)

Ramos, D.J.:

    Blaggards III Restaurant Corp. was directed on July 1, 2025 to obtain counsel by August 1, 2025. Doc. 36. William Lynch was also directed to retain counsel or inform the Court that he will represent himself by August 1, 2025. *Id.*

    On July 29, 2025, Lynch, on behalf of Blaggards III Restaurant Corp., requested an extension to obtain counsel, but did not specify how much time was needed. Doc. 38. Also, on July 29, 2025, Lynch informed the Court that he will represent himself. Doc. 39.

    Blaggards III Restaurant Corp. is directed to obtain counsel by September 1, 2025. The Court directs Plaintiff to serve Defendants with a copy of this order and provide proof of service on the docket.

    It is SO ORDERED.

Dated:    August 4, 2025
            New York, New York

                                                    Edgardo Ramos, U.S.D.J.