UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL SIGARAN,

                            Plaintiff,

            – against –

BLAGGARDS III RESTAURANT CORP.,
WILLIAM LYNCH a/k/a LIAM LYNCH, *and*
MICHAEL O'CONNOR,

                            Defendants.

**ORDER**

23-cv-11046 (ER)

Ramos, D.J.:

On December 17, 2024, a case management conference was scheduled in this case for today, September 3, 2025, at 11 a.m.  Doc. 27.

At a pre-motion conference on May 23, 2025, Ian E. Smith, counsel for William Lynch and Blaggards III Restaurant Corp., indicated that he would move to be relieved as counsel if the case did not resolve within one week.  The Court then directed Mr. Smith that if the case did not resolve within one week, that he should (1) inform Mr. Lynch, in writing, of his withdrawal, and (2) advise Mr. Lynch that he may either retain new counsel or inform the Court that he will represent himself by June 27, 2025.  On June 18, 2025, Smith withdrew as counsel and filed proof of service of the letter he sent to Mr. Lynch of his withdrawal on the docket.  Docs. 34, 34-1.[1]  That letter to Mr. Lynch advised, among other things, that there was a case management conference scheduled for September 3, 2025 at 11 a.m.  Doc. 34-1.  On July 29, 2025, Mr. Lynch filed two letters with the Court, the first explaining that his counsel had withdrawn from this

---

[1] In the same June 18, 2025 letter, Mr. Smith also advised Blaggards III Restaurant Corp. that it cannot represent itself and must retain new counsel by June 27, 2025.  Doc. 34-1.

case, Doc. 38, and the second informing the Court that he will represent himself.  Doc. 39.[2]

Yesterday, the Court sent an email to the parties[3] to advise where the conference would be held.  Mr. Lynch and Blaggards III Restaurant Corp. failed to appear for today's conference.

**The conference is rescheduled for October 2, 2025 at 3 p.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.**  If Mr. Lynch and Blaggards III Restaurant Corp. do not appear for the rescheduled conference, they may be subject to sanctions, including the entry of default judgment against them.

It is SO ORDERED.

Dated:    September 3, 2025
          New York, New York

_____
            Edgardo Ramos, U.S.D.J.

---

[2] On July 1, 2025, in an order, the Court again directed Blaggards III Restaurant Corp. to obtain counsel by August 1, 2025 and directed Plaintiff to serve Defendants with a copy of the order and provide proof of service on the docket.  Doc. 36.  Plaintiff served the order and filed proof of service on the docket on July 3, 2025.  Doc. 37.  On August 4, 2025, in an order, the Court directed Blaggards III Restaurant Corp. a third time to obtain counsel by September 1, 2025 and directed Plaintiff to serve Blaggards III Restaurant Corp. with a copy of the order and provide proof of service on the docket.  Doc. 40.  Plaintiff served the order on August 19, 2025 and filed the proof of service on the docket on August 29, 2025.  Doc. 42.  As of today, Blaggards III Restaurant Corp. has not obtained counsel.

[3] The email to Mr. Lynch was addressed to blaggards@verizon.net, which is the email address that Mr. Smith also sent the June 18, 2025 letter to Defendants withdrawing as counsel.  Doc. 34-1.