UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL SIGARAN,

> Plaintiff,

– *against* –

BLAGGARDS III RESTAURANT CORP.,
WILLIAM LYNCH a/k/a LIAM LYNCH, *and*
MICHAEL O'CONNOR,

> Defendants.

**ORDER**

23-cv-11046 (ER)

Ramos, D.J.:

The Court referred this case to mediation on October 2, 2025.  Doc. 45.  The Mediator issued a final report on January 23, 2026.  Doc. 46.  The report indicated that "the court-ordered mediation in this case was not held as one or both parties failed, refused to attend, or refused to participate in the mediation."  *Id*.  The parties are directed to submit a status letter by February 2, 2026.

It is SO ORDERED.

Dated:  January 26, 2026
        New York, New York

_____
        Edgardo Ramos, U.S.D.J.