**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ANIBAL SIGARAN,

                        Plaintiff,

                -against-

BLAGGARDS III RESTAURANT CORP.,
*et al.,*

                     Defendants.
-------------------------------------------------------------------------X

**23 Civ. No. 11046 (ER)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Pursuant to the orders entered by Judge Ramos on February 3, 2026 (Dkt. Nos. 49, 50), the undersigned was referred to host a settlement conference in this action.  However, despite outreach on multiple occasions from this Court, it has been unable to reach Defendant Lynch to schedule such a conference.  Accordingly, it is hereby ORDERED that Defendant Lynch must personally contact chambers via phone, 212-805-6120, or email, GSteinNYSDChambers@nysd.uscourts.gov, by no later than **Friday, March 13, 2026**.  Plaintiff's counsel is directed to serve Defendant Lynch with a copy of this Order and provide proof of service on the docket.

      **SO ORDERED.**

DATED:     New York, New York
             March 3, 2026

                                      _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge