**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ANIBAL SIGARAN,

                        Plaintiff,

             -against-

BLAGGARDS III RESTAURANT CORP.,
*et al.,*

                        Defendants.
-------------------------------------------------------------------------X

**23 Civ. No. 11046 (ER)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Pursuant to the orders entered by Judge Ramos on February 3, 2026 (Dkt. Nos. 49, 50), the undersigned was referred to host a settlement conference in this action.  However, despite outreach on multiple occasions from this Court, it has been unable to reach Defendant Lynch to schedule such a conference.  Additionally, despite prior order for Defendant Lynch to contact this chambers by no later than March 13, 2026 (Dkt. No. 53), the Court still has not heard from Defendant.   Accordingly, it is hereby ORDERED that Defendant Lynch must personally contact chambers via phone, 212-805-6120, or email, GSteinNYSDChambers@nysd.uscourts.gov, by no later than **Friday, May 8, 2026**.  Failure to do so may result in a default judgment against Defendants in this action.  Plaintiff's counsel is directed to serve Defendant Lynch with a copy of this Order via mail and email and provide proof of service on the docket.  Plaintiff's counsel is further directed to serve a copy of this Order on any additional addresses they may be aware of, but have not necessarily confirmed, for Defendant Lynch.

       **SO ORDERED.**

DATED:    New York, New York
              March 3, 2026

                                            _____
                                           The Honorable Gary Stein
                                           United States Magistrate Judge