UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL SIGARAN,

          Plaintiff,

    – against –

BLAGGARDS III RESTAURANT CORP. *and*
WILLIAM LYNCH a/k/a LIAM LYNCH

        Defendants.

**ORDER**

23-cv-11046 (ER)

Ramos, D.J.:

    Anibal Sigaran brought suit against William Lynch and Blaggards III Restaurant Corp. on December 20, 2023.  Doc. 1.  At Sigaran's request, the Court referred this case to Magistrate Judge Gary Stein for settlement on February 3, 2026.  Doc. 50.  Despite multiple outreach attempts, Judge Stein was unable to contact Lynch to schedule a settlement conference.  Docs. 53, 55.

    The Court therefore withdraws its order of reference to Judge Stein.  Doc. 50.  Sigaran is further directed to file a status update by May 19, 2026.

    It is SO ORDERED.

Dated:   May 12, 2026
        New York, New York

_____
    Edgardo Ramos, U.S.D.J.