# Law Offices of Colin Mulholland
Employment and Civil Litigation

36-36 33rd Street.
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

May 21, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:    Sigaran v. Blaggards III Restaurant Corp. et al,
Docket No.: 23-cv-11046 (ER)

Your Honor:

Plaintiff would respectfully request that the June 11 conference be adjourned to either June 17, June 18, June 22, 23, 24 or 25.

I have a prior scheduled mediation for June 11 in another federal matter and I would not be able to attend both.

I will serve Defendants with the updated Court date and response deadline if the Court so permits the adjournment.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Ste. 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

The premotion conference is adjourned to June 24, 2026, at 10:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 5/22/2026
New York, New York