# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

**MEMO ENDORSED**

July 7, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Sigaran v. Blaggards III Restaurant Corp. et al,
Docket No.: 23-cv-11046 (ER)

Your Honor:

Plaintiff would respectfully ask for an extension until July 24, 2026 to submit a full motion for default with supporting declarations. Since our last Court appearance, I reflected on Your Honor's comments, and I think a combined motion for default would be the most efficient course of action. I would appreciate a bit more time to co-ordinate with my client to secure a supporting declaration to obviate the need of an inquest.

Plaintiff appreciates the Court's patience with this matter.

The request is granted. Plaintiff is granted leave to file a motion for default judgment by July 24, 2026. Defendants' opposition brief is due August 14, 2026. The reply, if any, is due August 21, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 8, 2026
New York, New York

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Ste. 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*