# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com


**MEMO ENDORSED**

July 24, 2026

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Sigaran v. Blaggards III Restaurant Corp. et al,
Docket No.: 23-cv-11046 (ER)

Your Honor:

Plaintiff would respectfully ask for an extension until July 29, 2026 to submit a full motion for default.

I have a declaration from my client attesting to the facts of this matter but there are quite a few pay records that were exchanged during discovery, and it has proven more time consuming than I originally anticipated organizing the pay records into a meaningful demonstrative exhibit.

Plaintiff appreciates the Court's patience with this matter.

The request is granted. The deadline to file the motion for default is extended to July 29, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: July 27, 2026
New York, New York

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Ste. 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*