UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL SIGARAN,

Plaintiff,

*-against-*

BLAGGARDS III RESTAURANT CORP., WILLIAM LYNCH A/K/A LIAM LYNCH, *and* MICHAEL CONNOLLY A/K/A O'CONNOR,

Defendants.

**DEFAULT JUDGMENT**

23-cv-11046 (ER)

RAMOS, D.J.:

NOW, on motion of Plaintiff, by his attorney Colin Mulholland, Esq., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff ANIBAL SIGARAN has judgment jointly and severally against each of the Defendants BLAGGARDS III RESTAURANT CORP., WILLIAM LYNCH A/K/A LIAM LYNCH and MICHAEL CONNOLLY A/K/A O'CONNOR, in the total amount of $120,813.03.

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment per each Plaintiff shall automatically increase by fifteen percent, as required by NYLL § 198(4).

The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS
United States District Judge